# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:07CR437 |
| | ) | |
| CHARLES W. OAKLEY, JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

**IT IS ORDERED** that the trial of this case, previously set for **March 25, 2008** is cancelled. A new trial date will be set in accordance with the Speedy Trial Act after the substantive motion filed by Charles W. Oakley, Jr. is resolved.

**DATED March 20, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**