IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:07CR437 |
| | ) | |
| CHARLES W. OAKLEY, JR., | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Motion for Leave to File Motion to Dismiss Out of Time [15]. The motion is granted and the Motion to Dismiss Indictment [18] shall be deemed as timely filed.

IT IS ORDERED:

1. That the defendant's Motion for Leave to File Motion to Dismiss Out of Time [15] is granted, and

2. That the evidentiary hearing on the Motion to Dismiss Indictment [18] is set for **April 29, 2008** at **9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 24th day of March, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge