IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 8:07CR437 |
| CHARLES W. OAKLEY, JR., | ) | **SCHEDULING ORDER** |
| Defendant. | ) | |

UPON THE ORAL MOTION of the defendant,

IT IS ORDERED that the hearing on the Motion for a Rule 17.1 Conference [34] is continued to **August 19, 2008** at **1:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 1st day of August, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge